### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Liese, Hilary A

Printed: 11/04/08

Case Number:  05 B 42064
Judge:  Hollis, Pamela S
Filed:  9/30/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: October 31, 2008
Confirmed: November 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 10,203.68 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 596.32 |
| Other Funds: |  | 0.00 |
| Totals: | 10,800.00 | 10,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 2. | Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Chase Bank | Unsecured | 0.57 | 0.76 |
| 4. | Discover Financial Services | Unsecured | 370.20 | 490.36 |
| 5. | Jefferson Capital | Unsecured | 156.16 | 206.75 |
| 6. | Portfolio Recovery Associates | Unsecured | 780.56 | 1,033.48 |
| 7. | Target National Bank | Unsecured | 341.78 | 452.43 |
| 8. | Bank Of America | Unsecured | 917.62 | 1,215.05 |
| 9. | Discover Financial Services | Unsecured | 760.22 | 1,006.57 |
| 10. | Fifth Third Bank | Unsecured | 673.36 | 891.52 |
| 11. | Nordstrom | Unsecured | 81.41 | 107.83 |
| 12. | ECast Settlement Corp | Unsecured | 54.81 | 72.58 |
| 13. | ECast Settlement Corp | Unsecured | 1,942.27 | 2,571.85 |
| 14. | ECast Settlement Corp | Unsecured | 106.46 | 140.94 |
| 15. | Resurgent Capital Services | Unsecured | 572.18 | 757.77 |
| 16. | Portfolio Recovery Associates | Unsecured | 631.16 | 835.92 |
| 17. | ECast Settlement Corp | Unsecured | 26.60 | 35.21 |
| 18. | Bank Of America | Unsecured | 130.16 | 172.35 |
| 19. | ECast Settlement Corp | Unsecured | 132.81 | 175.90 |
| 20. | Portfolio Recovery Associates | Unsecured | 27.51 | 36.41 |
| 21. | Home Depot | Unsecured | | No Claim Filed |
| 22. | RBS | Unsecured | | No Claim Filed |
| 23. | Mobil Oil | Unsecured | | No Claim Filed |
| 24. | Comcast | Unsecured | | No Claim Filed |
| 25. | Old Navy | Unsecured | | No Claim Filed |
| 26. | Direct Tv | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Liese, Hilary A

Printed: 11/04/08

Case Number:  05 B 42064
Judge:  Hollis, Pamela S
Filed:  9/30/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 7,705.84 | $ 10,203.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 124.04 |
| 5% | 41.22 |
| 4.8% | 89.43 |
| 5.4% | 193.52 |
| 6.5% | 123.80 |
| 6.6% | 24.31 |
| | $ 596.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

